UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Terry Lorenzo Moore Jr.** **Docket No. 5:19-CR-398-1FL**

**Petition for Action on Supervised Release**

COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Terry Lorenzo Moore Jr., who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Methamphetamine, in violation of 21 U.S.C. §§§ 846, 841(b)(1)(A) and 841(a)(1); and Distribution of 50 Grams or More of Methamphetamine and Aiding and Abetting, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) and 18 U.S.C. § 2, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on September 13, 2021, to the custody of the Bureau of Prisons for a term of 90 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

The case was reassigned to Your Honor on June 2, 2022.

An Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) was filed on June 11, 2024, reducing the term of imprisonment to 80 months.

Terry Lorenzo Moore Jr. was released from custody on June 12, 2025, at which time the term of supervised release commenced.

A Petition for Action on Supervised Release was approved by Your Honor addressing U.S. v. McLaurin on May 27, 2026. At that time, the court ordered that the defendant be subject to the mandatory conditions that were imposed at sentencing, the standard conditions, as referenced in the current standing order for the Eastern District of North Carolina, and special conditions imposed by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The Petition for Action on Supervised Release approved by Your Honor on May 27, 2026, incorrectly listed a condition of supervision that was not on the Waiver of Hearing due to this officer's error. Our office would ask that this special condition be stricken and the original condition be imposed.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified to remove the following condition:

1. The defendant shall cooperate with child support enforcement authorities and/or pay child support.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall support his dependents.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Peter J. Yalango
Peter J. Yalango
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-849-4536
Executed On: September 28, 2026

**ORDER OF THE COURT**

Considered and ordered this 1st day of October, 2026, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge